# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CALESHA M. HARRIS, | : | Case No. 1:24-cv-00380 |
| Plaintiff, | : | |
| | : | District Judge Douglas R. Cole |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| STATE OF OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court to consider Plaintiff Harris' recent Motion, which states: "I'm in Fear of My Safety Immediate Danger." (Doc. No. 10.) Without a further explanation of the grounds for Plaintiff's Motion, the Court is unable to provide relief or a reasoned analysis. The Court therefore **DENIES** Plaintiff's Motion (Doc. No. 10) without prejudice to renewal. If Plaintiff refiles her Motion, it should include the reason for filing the Motion and describe the relief requested. The Court **DIRECTS** the Clerk of Court to mail Plaintiff a copy of the Pro Se Handbook available on the Court's website.

The next step in this case is for the Court to resolve Plaintiff's application to proceed *in forma pauperis* and to screen her Complaint. 28 U.S.C. § 1915A and/or 28 U.S.C. § 1915(e). The Court must dismiss the Complaint, or any portion of it, that is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *Id*. The undersigned will conduct the required screen as soon as practicable. The Court will then issue an order

and, if appropriate, direct that one or more of the Defendants be served. The Clerk of Court is **DIRECTED** to hold service until that time.

Plaintiff is **ADVISED** that she must keep this Court informed of her current address and promptly file a Notice of New Address if she is released or transferred.

**IT IS SO ORDERED.**

    */s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge