UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| CALESHA M. HARRIS, | : Case No. 3:24-cv-295 |
|  Plaintiff, | : |
| vs. | : District Judge Michael J. Newman |
|  | : Magistrate Judge Caroline H. Gentry |
| STATE OF OHIO, *et al.*, | : |
|  Defendants. | : |

# ORDER

This prisoner civil rights action is before the Court on Plaintiff's "Motion for Compassionate Release" and a submission that was docketed as a "Motion to send someone to visit." (Doc. 2, 9).

In the first motion, Plaintiff requests that the Court "Please Consider My Release," based on the allegations made in the Complaint. (*See* Doc. 2). This Court does not have the authority in this civil rights case to release her from a custodial judgment issued by a state court. *See generally Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) (a habeas corpus action is the sole federal remedy for a state prisoner seeking immediate or speedier release from prison). *See also, e.g., Williams v. Ivey*, Case No. 2:21-cv-53, 2024 WL 697670, at *1-2, n.5 (M.D. Ala. Jan. 26, 2024) (finding no basis to grant state prisoner's motion for compassionate release in a Section 1983 action) (collecting cases). Plaintiff's motion (Doc. 2) is therefore **DENIED.**

Plaintiff's remaining motion (Doc. 9) includes fifty-seven pages of prior correspondence between Plaintiff and various recipients, including undisclosed individuals ("To Whom It May Concern"), as well as the Ohio Justice and Policy Center, Ohio Court of

Claims, Correctional Institution Inspection Committee, and Ohio Department of Rehabilitation and Correction.  The letters and documents relate to the allegations in the Complaint and include requests for individuals to visit her to address her concerns. The submission does not otherwise include a request for a court order, state with particularity the grounds for seeking an order, or identify relief sought that is available under the Federal Rules of Civil Procedure. Fed. R. Civ. P. 7(b).  Therefore, Plaintiff's motion (Doc. 9) is **DENIED**.

    **IT IS SO ORDERED.**


Date:  November 18, 2024                 */s/ Caroline H. Gentry*
                                                       Caroline H. Gentry
                                                       United States Magistrate Judge